UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Case Number: CR 04-S-325-NE |
| | ) | |
| HERSHEL WILLIAM MCDOWELL. | ) | |

ORDER

This case is before the court on defendant's motion to suppress evidence (doc. no. 10). The government filed its response on October 26, 2004 (doc. no. 23). On October 28, 2004, Magistrate Judge T. Michael Putnam held a hearing on the motion, and on October 29, 2004, entered his report and recommendation (doc. no. 24). No objections have been filed. Upon consideration, the court ACCEPTS the report and ADOPTS the recommendation of the magistrate judge. Accordingly, the defendant's motion to suppress is DENIED.

DONE this 2nd day of December, 2004.

_____
United States District Judge